FITZPATRICK, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Edward Fitzpatrick, as administrator, etc., of George L. Fitzpatrick, deceased, against the Boston & Maine Railroad. No opinion. Judgment unanimously affirmed, with costs. See, also, infra.

FITZPATRICK, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Edward Fitzpatrick, as administrator, etc., of George L. Fitzpatrick, deceased, against the Boston & Maine Railroad. No opinion. Motion denied. See, also, supra.

FITZPATRICK, Appellant, v. SIMS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Mary A. Fitzpatrick against Anna H. Sims and others. H. H. Pierce, for appellant. H. K. Stockton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLAGG, Appellant, v. UNION & ADVERTISING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by James M. Flagg against the Union & Advertising Company. R. Henry, for appellant. J. B. Stanchfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLAHERTY, Appellant, v. ONWARD CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Agnes Flaherty against the Onward Construction Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the complaint was sufficient and that a prima facie case was made.

FLEMING, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Bridget J. Fleming against the City of New York. L. Leale, for appellant. W. E. Murphy, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 134 N. Y. Supp. 1132.

INGRAHAM, P. J., dissents.

FLICK, Appellant, v. WYOMING VALLEY TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Warren J. Flick against the Wyoming Valley Trust Company. W. A. Walling, for appellant. C. A. Mead, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 133 N. Y. Supp. 1066.

FOGARTY, Appellant, v. FOGARTY, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Patrick A. Fogarty against William P. Fogarty. D. McCurdy, for appellant. E. Frayer, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 App. Div. 940, 127 N. Y. Supp. 1120.

FOLEY, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Michael A. Foley against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that under the law of the case, as charged by the trial court, the plaintiff failed to establish actionable negligence against the defendant.

FOREN, Respondent, v. BROOKLYN DAILY TIMES, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1912.) Action by George W. Foren against the Brooklyn Daily Times, Incorporated. No opinion. Interlocutory judgment affirmed, with costs.

42 BROADWAY CO., Respondent, v. FITCH, Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the 42 Broadway Company against Laura B. Fitch, as executrix, etc. J. Ewen, for appellant. R. S. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FOSTER, Appellant, v. SCHNEIDER, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Frank E. Foster against Helene Schneider. No opinion. Judgment of the County Court of Kings County unanimously affirmed, with costs.

FOSTER, el al., Respondents, v. WYLIE, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Mortimer Foster and others against Walter G. Wylie. H. M. Hewson, for appellant. H. G. Gray, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 1132.

FOY v. SALZANO. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Theresa Foy against Catherina D. M. Salzano. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

FRANK, Respondent, v. CITY OF SCHENECTADY, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.)

Action by Alexander Frank against the City of Schenectady. No opinion. Judgment and order unanimously affirmed, with costs.